# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| DANIEL ROBERT WEAVER, | : | No. 11 WAP 2021 |
| | : | |
| Appellant | : | |
| | : | Appeal from the Order of the |
| | : | Commonwealth Court entered |
| v. | : | March 19, 2021 at No. 445 MD |
| | : | 2020. |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTIONS, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of February, 2022, the Order of the Commonwealth Court is **AFFIRMED**.